PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jaquan Bowens  Cr.: 10-00834-001
PACTS #: 60051

Name of Sentencing Judicial Officer:   THE HONORABLE DICKINSON R. DEBEVOISE
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/10/2012

Original Offense: Possession of a Weapon by a Convicted Felon

Original Sentence: 71 months imprisonment, 3 years supervised release; $100 Special Assessment

Special Conditions: Alcohol/Substance Abuse Testing and Treatment

Type of Supervision: Supervised Release   Date Supervision Commenced: 06/26/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states 'You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.' |
| | During a community contact on December 7, 2017, a urine sample was requested from the offender, which tested positive for marijuana via a 10-panel instant test. The offender verbally admitted to use approximately three weeks prior to the contact date, and signed a Drug Admission Form. |

Prob 12A – page 2
Claude Fields

U.S. Probation Officer Action:

This is the offender's first act of noncompliance. He was verbally admonished for his actions and informed that the Court would be notified of this noncompliance. Further, he was warned that any future positive urinalysis would result in increased sanctions and/or violation proceedings. If Your Honor approves, the probation office will increase urine monitoring for illicit drug use detection and requests that this document be used as an official judicial reprimand.

Respectfully submitted,

Luis R. Gonzalez
2017.12.20
10:15:25 -05'00'
By: Gisella M. Bassolino
U.S. Probation Officer
Date: 12/20/2017

*The Court's endorsement of this petition will serve as an official written reprimand to the offender unless the Court directs that alternative action be taken as follows:*

[✓] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

January 30, 2018
Date