PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jaquan Bowens                               Cr.: 10-00834-001
                                                              PACTS #: 60051

Name of Judicial Officer:              THE HONORABLE CLAIRE C. CECCHI
                                       UNITED STATES DISTRICT JUDGE

Name of Sentencing Judicial Officer:   THE HONORABLE DICKINSON R. DEBEVOISE
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/10/2012

Original Offense: Possession of a Weapon by a Convicted Felon

Original Sentence: 71 months imprisonment, 3 years supervised release; $100 Special Assessment

Special Conditions: Alcohol/Substance Abuse Testing and Treatment

Type of Supervision: Supervised Release            Date Supervision Commenced: 06/26/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states 'You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.' |
|   | During an office visit on March 14, 2018, a urine sample was requested from the offender, which tested positive for marijuana via a 10-panel instant test. The offender verbally admitted to use approximately four days prior, and signed a Drug Admission Form. |

U.S. Probation Officer Action:

This is the offender's third positive for marijuana since December 2017. He was verbally admonished for his actions and warned that one more positive would lead to a violation due to mandatory revocation, despite the fact that his supervised release expiration date is approaching in June 2018. The offender was presented with a New Directions Substance Abuse Life Skills book, which is a behavioral science workbook for overcoming drug and/or alcohol addictions. He is expected to complete this workbook, in its entirety, prior to his supervision termination date. He will also be frequently tested throughout the remainder of supervision. The offender is aware that the Court would be notified of this noncompliance and an official judicial written reprimand requested.

Respectfully submitted,

**Luis R. Gonzalez**
Digitally signed by Luis R. Gonzalez
Date: 2018.03.15 17:23:11 -04'00'

By: Gisella M. Bassolino
U.S. Probation Officer
Date: 03/15/2018

*The Court's endorsement of this petition will serve as an official written reprimand to the offender unless the Court directs that alternative action be taken as follows:*

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

March 16, 2018
Date